THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
          *v.* ANTONIO SALEMME, Appellant.

(Argued June 8, 1915; decided July 13, 1915.)

APPEAL from a judgment of the Supreme Court, rendered December 16, 1914, at a Trial Term for the county of Monroe, upon a verdict convicting the defendant of the crime of murder in the first degree.

*William J. Baker* for appellant.

*John W. Barrett, District Attorney* (*William F. Love* and *James Mann* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-COCK, CHASE, COLLIN, MILLER and CARDOZO, JJ.